UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| AMOS SUMPTOR, | } |
| Plaintiff, | } |
| VS. | } CIVIL ACTION NO. G-06-641 |
| M/V ATHOS, *et al*, | } |
| Defendants. | } |

## ORDER AUTHORIZING THE CLERK OF COURT TO ACCEPT THE DEPOSIT OF FUNDS INTO THE REGISTRY OF THE COURT

On the date reflected below, Intervenor, American Longshore Mutual Association's Motion to Deposit Settlement Funds in the Registry of the Court came on for ruling, and the Court, after consideration of the motion, concludes that the motion should be granted. Accordingly, it is

ORDERED that the Clerk of Court is directed to accept funds deposited by Defendant Athos Navigation, and/or Third Party Defendant, Western Bulk Carrier AG, in the amount of $152,017.25 to hold same in an interest bearing account to await further order of the Court.

SIGNED at Houston, Texas, this 16th day of April, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

